# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

TAshima Session
415 S 1ST ST
Belleville, IL
62220
*Plaintiff*

v.

Menasha Corporation
9 Gateway Commerce
Edwardsville, IL
62025
*Defendant(s)*

Case Number: 3:22-CV-1385-SPM
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:




II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of United States Illinois (state), who resides at 415 S 1ST ST, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Menasha Corporation is employed as
(a) (Name of First Defendant)
Employer
(b) (Position/Title)

(10/2010)

with _____
        (c)    (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☐ No

If your answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _____ is employed as
                 (Name of Second Defendant)

_____
               (Position/Title)

with _____
              (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant _____is employed as
    (Name of Third Defendant)

    _____
    (Position/Title)

    with _____
         (Employer's Name and Address)

    _____

    At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

    If you answer is YES, briefly explain:

    Check one of the following:

    ☐   This defendant **personally participated** in causing my injury, and I want **money damages**.

    ☐   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
☐ Yes ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

While I was an employee at Menasha Corporation. I was Sexually Harassed by Raven TAndy on several occasions. After reporting my allegations to staff. I was then retaliated against by upper management. As a result I was Bullied, wrongfully fired, outnumbered, tortured, and etc.

(10/2010)

V.  **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 2,000,000 .

Punitive damages in the amount of $ 1,000,000 .

An ordering requiring defendant(s) to:

A declaration that:

Other:

VI.  **JURY DEMAND** (*check one box below*)

Plaintiff ⬤ does or ◯ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 06-27-2022
(date)

Signature of Plaintiff

415 S 1st ST
Street Address

Tashima Session
Printed Name

Belleville, IL 62220
City, State, Zip

(10/2010)